FINO RT HTEH EU NMIITDEDDL SET DAITSTERS IDCITS TORFI CATL ACBOAUMRTA 
 NORTHERN DIVISION 

DRELIJAH J. MUHAMMAD-ALI, ) 
a/k/a MARCUS ORLANDO TAITE, ) 
# 180644, ) 
 ) 
Petitioner, ) 
 ) 
 v. ) CIVIL ACTION NO.: 2:20-cv-788-ECM 
 ) (WO) 
11th CIRCUIT U.S. DISTRICT, ) 
 ) 
Respondent. ) 

 MEMORANDUM OPINION and ORDER 
Now pending before the court is the Report and Recommendation of the Magistrate 
Judge (doc. 11) which recommends that this habeas petition be dismissed for lack of 
jurisdiction. Also pending before the Court are the Petitioner’s motion to amend or correct 
(doc. 3), motion to transfer (doc. 15), motions for change of venue (docs. 17-18), motion 
to take judicial notice (doc. 19) and motion for proof (doc. 20). On October 28, 2020, the 
Petitioner filed Objections to the Recommendation (doc. 13 & 14). 
When a party objects to a Magistrate Judge’s Report and Recommendation, the 
district court must review the disputed portions de novo. 28 U.S.C. § 636(b)(1). The 
district court “may accept, reject, or modify the recommended disposition; receive further 
evidence; or resubmit the matter to the magistrate judge with instructions.” Fed. R. Civ. 
P. 72(b)(3). De novo review requires that the district court independently consider factual 
issues based on the record. Jeffrey S. ex rel. Ernest S. v. State Bd. of Educ., 896 F.2d 507, 
513 (11th Cir. 1990). However, objections to the Magistrate Judge’s Report and 
Recommendation must be sufficiently specific in order to warrant de novo review. See 
Macort v. Prem, Inc., 208 F. App’x 781, 783-85 (11th Cir. 2006). Otherwise, a Report and 
Recommendation is reviewed for clear error. Id. 
The Court first addresses the Petitioner’s motion to transfer and motions for change 
of venue. The Petitioner requests the Court transfer his petition to “Muhammad 
International Criminal Court of Justice Al-Rabat Morocco Empire Kingdom.” (Doc. 17). 

The Petitioner offers no legal basis for the Court to take such action. Accordingly, his 
motions are due to be denied. 
The Court has carefully reviewed the Recommendation of the Magistrate Judge, and 
the Petitioner’s objections. In his objections, the Petitioner objects to the dismissal of his 
petition without any specificity and without stating the bases for his objections. See Docs. 

13-14. The Petitioner does not point to any legal error committed by the Magistrate Judge 
but offers only his conclusory assertions that he is not subject to the jurisdiction of this 
Court or the United States. (Id.). The Petitioner merely re-offers a recitation of the claims 
made in his petition and other pleadings. Consequently, the Recommendation is reviewed 
for clear error, and the Court finds that the Petitioner’s objections are due to be overruled. 

Accordingly, for the reasons as stated and for good cause, it is 
ORDERED as follows: 
1. the Petitioner’s objections (doc. 13 & 14) are OVERRULED; 
2. the Recommendation of the Magistrate Judge (doc. 11) is ADOPTED; 
3. the Petitioner’s motion to amend or correct (doc. 3), motion to transfer (doc. 
15), motions for change of venue (docs. 17-18), motion to take judicial notice (doc. 19) 
and motion for proof (doc. 20) are DENIED; 
5. this case is DISMISSED without prejudice for lack of jurisdiction. 
A final judgment will be entered. 
DONE this 5th day of January, 2021. 

 /s/ Emily C. Marks 
 EMILY C. MARKS 
 CHIEF UNITED STATES DISTRICT JUDGE